**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JENNIFER DAVIS,

                Plaintiff,                           22 **CIVIL** 2035 (SDA)

      -v-                                          **<u>JUDGMENT</u>**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated March 14, 2023, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The Commissioner will offer the plaintiff the opportunity for a new hearing and will issue a new decision.

**Dated:**  New York, New York
          March 14, 2023

                                                            **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                         **BY:**     *K. Mango*

                                                                **Deputy Clerk**